```
                                              FILED
                                        U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA
                                        2025 JUL 25 PM 01 03
                                        CAROL L. MICHEL, CLERK
```

# FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR DELAY OF MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **25-197** |
| v. | * | SECTION: **SECT. G MAG. 2** |
| LACRESHA VINING | * | VIOLATIONS: 18 U.S.C. § 1703(a) |
| | * * * | |

The Grand Jury charges that:

### COUNT 1

On or about September 28, 2023, in the Eastern District of Louisiana, the defendant, **LACRESHA VINING**, an employee of the United States Postal Service, did unlawfully delay mail which had come into the defendant's possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1703(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

SHANNON KIPPERS (LA Bar No. 37738)
Assistant United States Attorney

New Orleans, Louisiana
July 25, 2025



___ Fee  USA
___ Process ___
_X_ Dkt'd ___
___ CtRmDep ___
___ Doc.No. ___

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

__Eastern__ *District of* __Louisiana__

__Criminal__ *Division*

## THE UNITED STATES OF AMERICA

vs.

### LACRESHA VINING

## INDICTMENT

### INDICTMENT FOR DELAY OF MAIL

VIOLATION:  18 U.S.C. § 1703(a)

Filed in open court this _____ day of ___
_____ A.D. 2025.
_____
Clerk

Bail, $ _____

*[signature]*

SHANNON KIPPERS
Assistant United States Attorney